UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 3:05cr63(AHN) |
| v. | : | |
| MICHAEL CAVALIERE | : | February 27, 2007 |

## ORDER FOR DESTRUCTION OF FIREARMS

Based on the February 27, 2007 plea agreement between Michael Cavaliere and the government, the Court hereby orders the Federal Bureau of Investigation to destroy and/or dispose of pursuant to FBI policy and procedures the following firearms that were recovered on or about March 2, 2005, from the residence of defendant **MICHAEL CAVALIERE**, located at 3430 East Main Street, Bridgeport, Connecticut, as set forth on page 6-8 of the indictment:

a. one 22 caliber, SLLR, serial number g410507,

b. one 223 Ruger mini 14, serial number 18156876;

c. one 44 Magnum, carbine Ruger, serial number10275542;

d. one 30/30 Winchester model 94, serial number 3497220;

e. one Savage 22-20, serial number 24JDL;

f. one 12 gauge, Mosberg, serial number g008729;

g. one 12 gauge, Browning automatic, serial number 75809;

h. one 38 caliber, Harrington and Richardson revolver, serial number 368442;

i. one 38 caliber, Smith and Wesson, serial number ACT7258;

j. one Beretta, 84F, serial number D858104;

k. one 22 caliber, North American Arms revolver, serial number B15702;

l. one 22 caliber, North American Arms revolver, serial number C50406;

m. one 22 caliber, Smith and Wesson revolver, serial number 99224;

n. one 22 caliber, Ruger Mark I, serial number 16-73380;

o. one Smith and Wesson, Model 915, serial number TZW7060;

p. one High Standard Dura Matic, serial number 2189898;

q. one Night Officer II, serial number NT187;

r. one 45 caliber, Wildey Arms Company, serial number 09-1592;

s. one 22 caliber, Taurus, serial number ANL30655;

t. one Beretta, Model 120, serial number BE38664V; and

u. one North American Arms revolver, serial number W57275.

SO ORDERED, this 27 day of February 2007, at Bridgeport, Connecticut.

Hon. ALAN H. NEVAS
SENIOR UNITED STATES DISTRICT JUDGE